IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SALtech Corporation**

    **Plaintiff,**

 v.         No. 1:10-CV-00945 LH-DJS

**CH2M Hill, Inc., et al.**

    **Defendants.**

### ENTRY OF APPEARANCE

NOW COMES Richard Krukar of Ortiz and Lopez, PLLC and hereby enters his appearance of record on behalf of SALtech Corporation in the above-entitled and numbered cause.

    **Ortiz and Lopez, PLLC**

    *Electronically Filed*
    By: /s/ Richard Krukar
    Richard Krukar
    Attorney for Plaintiff
    117 Bryn Mawr Dr. SE, Suite 101
    Albuquerque, NM 87106
    Telephone: 505-314-1310
    krukar@olpatentlaw.com

I HEREBY CERTIFY that a copy of the
foregoing Entry of Appearance was served on
all counsel of record via the CM/ECF system
on the date filed.

/s/ Richard Krukar
Richard Krukar