IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SALtech Corporation

        Plaintiff,

v.     No. CIV 10-945 JB/DJS

CH2M Hill, Inc., et al.,

        Defendants.

### ORDER TO VACATE INITIAL SCHEDULING ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the Initial Scheduling Order entered on December 16, 2010 is hereby vacated.

_____
UNITED STATES DISTRICT JUDGE